**THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

AARON T. BELL, )
)
       Mo       Movant, )
) Civil No. 15-00753-CV-W-FJG
v. ) Criminal No. 12-00274-01-CR-W-FJG
)
UNITED STATES OF AMERICA, )
)
       Respondent. )

## JUDGMENT IN A CIVIL CASE

**_____ Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**__X__ Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

It is ORDERED AND ADJUDGED that

Bell's motion to vacate, set aside or correct his sentence is DENIED. No evidentiary hearing will be held in this matter because the issues raised are resolvable by the record. It is further ORDERED that

movant is denied a motion for certificate of appealability; and the Motion to Withdraw filed by the Federal Public Defender's Office is GRANTED.


April 11, 2016                        Paige Wymore-Wynn
Dated                                 Acting Clerk of Court

April 11, 2016                        /s/ Rhonda Enss
Entered                               (by) Deputy Clerk